UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| KORVEL M. SUTTON,<br><br>                Plaintiff,<br>   v.<br>APPLE COMPUTERS ITUNES, *et al.*,<br><br>                Defendants.<br>_____/ | No. C 11-03911 LB<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

Plaintiff has filed an Application to Proceed *In Forma Pauperis*. Having considered the application and complaint, the court hereby **GRANTS** Plaintiff's application. The Clerk of Court shall issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendants.

**IT IS SO ORDERED.**

Dated: August 11, 2011

                                                                           LAUREL BEELER<br>
                                                                           United States Magistrate Judge