UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| KORVEL M. SUTTON,<br><br>　　　　Plaintiff,<br>　　v.<br>APPLE COMPUTERS ITUNES, et al.,<br>　　　　Defendants.<br>_____/ | No. C 11-03911 LB<br><br>**ORDER GRANTING DEFENDANT JIM CALLON'S COUNSEL'S MOTION TO WITHDRAW** |

On September 29, 2011, attorney Michael Callon and his client, Defendant Jim Callon, filed a joint letter indicating their agreement that Jim Callon will represent himself from this point forward. Letter, ECF No. 16.

Under Civil Local Rule 11-5(a), "[c]ounsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." Here, Jim Callon approves of Michael Callon's withdrawal, and no other parties have appeared. The court GRANTS Michael Callon's request.

Because Jim Callon has agreed to represent himself, he shall provide his address and telephone number to the Clerk of the Court by November 4, 2011.

**IT IS SO ORDERED.**

Dated: October 21, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

C 11-03911