1   DAVID R. EBERHART (S.B. #195474)
    deberhart@omm.com
2   ROBIN M. WALL (S.B. # 235690)
    rwall@omm.com
3   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
4   San Francisco, CA  94111-3305
    Telephone:    (415) 984-8700
5   Facsimile:     (415) 984-8701

6   Attorneys for Defendant Apple Inc.

7

8                   UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12  KORVEL M. SUTTON,                      Case No. C 11-03911 LB

13                  Plaintiff,             DECLARATION OF JEREMY SMITH IN
                                           SUPPORT OF APPLE INC.'S
14          v.                             OPPOSITION TO PLAINTIFF'S MOTION
                                           FOR ENTRY OF DEFAULT JUDGMENT
15  APPLE COMPUTERS ITUNES, et al.,        AND MOTION TO VACATE ENTRY OF
                                           DEFAULT
16                  Defendants.

17

18

19  I, Jeremy Smith, declare and state as follows:

20          1.      I am a Contracts Manager for the iTunes Store® Legal Team at Apple Inc.

21  ("Apple").  At all relevant times, my primary responsibility at Apple has been to support the

22  business operations of the iTunes Store service.

23          2.      I submit this declaration in support of Apple's Opposition to Plaintiff's Motion

24  for Entry of Default Judgment and Motion to Vacate Entry of Default.  All of the facts set forth

25  herein are known to me personally and, if called and sworn as a witness, I would testify to all

26  information herein under oath.

27          3.      At all relevant times, Apple has operated a music download service known as the

28  iTunes Store.  For the musical content available for download from the iTunes Store, owners of

                                           DECLARATION OF JEREMY SMITH
                                           CASE NO. C 11-03911 LB

1    the copyright in that content contractually authorize Apple to promote, sell, and distribute that

2    content.

3        4.    I have reviewed the complaint in this action, and I understand that plaintiff alleges

4    copyright infringement by Apple through the operation of the iTunes Store service with respect to

5    the following songs from the album "Pretty Boy Gangsters" (the "Album") by the group of the

6    same name—whether those songs were made available individually or as part of that album:

7            Pretty Boy Gangster

8            Hard as F*ck

9            Activist

10           Monies on my Mind

11           Mack [or Back] on Top of the Stack

12           PBG [or P.B.G.'s] Get Funky

13           K the Buster

14           On Top [or On the Tip] of a Mack

15           Indo Smoke

16           It Ain't Sh*t

17   I will refer to these songs as the "Tracks."

18       5.    I also understand that plaintiff alleges copyright infringement by Apple through

19   the operation of the iTunes Store with respect to one or more of those same songs when they were

20   included in one or more of the following compilations that featured multiple artists:

21           Elektro Hip Hop Party vol. 3

22           The Biggest Hip Hop Anthems

23           West Coast Posse, vol. 2

24           West Coast Posse, vol. 1

25           U.S. Hip Hop Party

26           The Best of Street Dance

27           I Love Hip Hop

28           2 Live Crew & Posse

-2-

DECLARATION OF JEREMY SMITH
CASE NO. C 11-03911 LB

1                   Dr. Dre presents More Mega Big Gangsta Raps

2                   Toddy Tee and Dr. Dre

3  I will refer to these compilations as the "Compilations."

4        6.     I have reviewed Apple's business records regarding the operation of the iTunes

5  Store service, and I have determined that the song "K the Buster" by "Pretty Boy Gangsters" also

6  appears on four other compilations that featured multiple artists:

7                   Ministry of Hip Hop Presents: Rappers Guide

8                   The Biggest Hip Hop Anthems

9                   N.W.A. & Posse, Vol. 2

10                  Niggas With Attitude, Vol. 3

11  I will refer to these compilations as the "Additional Compilations."

12        7.     I have further reviewed Apple's business records regarding the operation of the

13  iTunes Store service, and I have determined that at all times through the present date when any of

14  the Album, the Tracks, the Compilations, or the Additional Compilations were available from the

15  iTunes Store, an entity named Rams Horn BV had contractually granted to Apple the rights to

16  promote, sell, and distribute all of that content.

17        8.     I have also reviewed Apple's business records to determine the geographic regions

18  in which the iTunes Store service offered to consumers the Album, the Tracks, the Compilations,

19  or the Additional Compilations.  I have determined that the iTunes Store service never offered to

20  consumers in the United States any of the following compilations:

21                   Elektro Hip Hop Party vol. 3

22                   The Biggest Hip Hop Anthems

23                   U.S. Hip Hop Party

24                   The Best of Street Dance

25                   I Love Hip Hop

26                   2 Live Crew & Posse

27                   Dr. Dre presents More Mega Big Gangsta Raps

28                   Toddy Tee and Dr. Dre

-3-

DECLARATION OF JEREMY SMITH
CASE NO. C 11-03911 LB

1    Ministry of Hip Hop Presents: Rappers Guide

2    The Biggest Hip Hop Anthems

3    N.W.A. & Posse, Vol. 2

4    Niggas With Attitude, Vol. 3.

5

6        I declare under penalty of perjury under the laws of the United States of America that the

7    foregoing is true and correct.  Executed on the _20th_ day of November, 2011 at

8    Morgan Hill, CA.

9

10

11                                        Jeremy Smith

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        DECLARATION OF JEREMY SMITH
                                        CASE NO. C 11-03911 LB