| | | |
|---|---|---|
| PAMELA KOSLYN | LAW OFFICES OF PAMELA KOSLYN<br>6255 SUNSET BOULEVARD<br>PENTHOUSE SUITE 2210<br>HOLLYWOOD CALIFORNIA 90028<br>TELEPHONE  323 467 2200  •  FAX  323 648 8222<br>E-MAIL  PKOSLYN@KOSLYNLAW.COM<br>WEBSITE  WWW.KOSLYNLAW.COM | ANITA RIVAS<br>OF COUNSEL |

February 14, 2012

Hon. Judge Joseph C. Spero
Magistrate Judge, U.S. District Court - Northern District of CA
450 Golden Gate Avenue
San Francisco, CA

    Re:  Case 4:11-cv-03911-LB Sutton v. Apple Computers iTunes et al Cc:

Dear Judge Spero:

    This office represents Rams Horn BV, a Dutch music company based in The Netherlands.

    I have filed a motion to intervene in the above-referenced case as a defendant, as well as an answer to plaintiff's complaint and a counter-claim against the plaintiffs for declaratory relief and a  cross-claim against one of the defendants.

    I'm writing to request excuse from the requirement set out in ADR Rule 7-4 that a corporate party's representative be present at the settlement conference in this matter. Requiring my client to fly here from Europe would be a hardship, especially given that this case involves only *de minimus* damages.

    The parties haven't chosen a date yet, but according to Judge Beeler's order at the Case Management Conference, the parties are supposed to engage in a settlement conference by May 10, 2012 (see ECF, No. 58).  I intend to be present at the settlement conference.

    Thank you for your consideration.

    Very truly yours,

    *Pamela Koslyn*

    PAMELA KOSLYN

PK/is

cc:    Apple, Inc., through their counsel David Eberhart via ECF
        James Callon via ECF
        Korvel Sutton, via U.S. mail
        Roderick Williams, via U.S. mail
        Donald MacMillan, via personal service

Dated: February 23, 2012

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED — Judge Joseph C. Spero]