United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORVEL M. SUTTON,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>APPLE COMPUTERS ITUNES, ET AL.,<br><br>　　　　Defendant(s).<br>_____/ | No. C 11-03911 LB (JCS)<br><br>**ORDER RE TELEPHONIC APPEARANCE OF INMATE AT SETTLEMENT CONFERENCE** |

TO ALL PARTIES, COUNSEL OF RECORD, AND PRISON PERSONNEL:

　　　　The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

　　　　A Settlement Conference has been scheduled for **April 4, 2012, at 9:30 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

　　　　Defendant Roderick Williams, is currently incarcerated at the FCI Victorville #1, in name of Roderick Williams, Fed. Reg. # 15192-006, located in Adelanto, California.  In order for the above-referenced conference to take place, the Court must be able to confer with Defendant on April 4, 2012, beginning at 9:30 a.m., and continuing for the duration of the Settlement Conference.  **The Court therefore ORDERS that Mr. Williams be made available by telephone for the Settlement Conference on April 4, 2012, beginning at 9:30 a.m., and continuing for the duration of the conference.   FCI Victorville shall contact the clerk at (415) 522-2035 with a contact phone number for the Settlement Conference.**

　　　　IT IS SO ORDERED.

Dated: February 23, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge