1

Jim Callon    JDC Records Dist.

**FILED**

APR X 3 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. C 11-03911LB

   Defendant Jim Callon hereby moves the Court for permission to appear at the Settlement Conference in the above matter set for April 4,2012 at 9:30 AM by telephone on the ground of hardship of travel.related to the day to day operation of his business.
   Furthermore, let it be noted that there has never been any document submitted to the court which links defendant Jim Callon in any way to this case, although numerous documents have been submitted by the plaintiff and the other two defendants.

DATED: April 2nd, 2012            Jim Callon

                                  By: _____
                                      Jim Callon   Pro per

IT IS HEREBY ORDERED that Mr. Callon shall be on phone standby begining at 9:30 AM.

Dated: April 3, 2012

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

440 Pacific Coast Hwy., Hermosa Beach, CA 90254
ph. (310) 937-4455 /     Fax (310) 937-4456 /     email: jim@jdcrecords.com

Judge Spiro
Office of the Clerk, 16TH FlooR
450 Golden GATE Ave.
San Francisco, CA. 94102

**JDC RECORDS**
440 Pacific Coast Highway
Hermosa Beach, CA 90254