**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                          415.522.2000

April 26, 2012

RE:  <u>CV 11-03911 LB</u>          <u>KORVEL M. SUTTON-v- APPLE COMPUTERS ITUNES</u>

Default is entered as to Counter-Defendant Korvel Sutton on the Counterclaim by Rams Horn
BV on April 26, 2012.

RICHARD W. WIEKING, Clerk

by <u>Felicia Reloba</u>
Case Systems Administrator

NDC TR-4  Rev. 3/89