GERALD WEINER, State Bar Number 046132
PROBSTEIN, WEINER & BUTLER
1299 Ocean Ave. Suite 306
Santa Monica, CA 90401
Phone (310) 836-1400
Fax (310) 395-1481
gbweiner@pwmusiclaw.com

Attorneys for Defendant Donald MacMillan

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORVEL M. SUTTON and RODERICK O. WILLIAMS<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC., ITUNES STORE; DONALD B. MCMILLAN AND JAMES (JIM) CALLON et al.<br><br>Defendants | CASE NO. C11-03911 (LB)<br><br>REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE AND ~~PROPOSED~~ ORDER<br><br>Date: May 24, 2012<br>Time: 10:30 AM |

I, Gerald B. Weiner, attorney for Defendant Donald B. MacMillan in the above action, hereby request permission to appear at the Case Management Conference set for May 24, 2012 in the above action by telephone. I reside in Los Angeles county. I had a full knee replacement on April 17 and am presently unable to travel. I will be available by telephone on May 24 at (310) 836-1400 ext. 116.

Dated: May 11, 2012

PROBSTEIN, WEINER & BUTLER

By: _____
Gerald B. Weiner
Attorneys for Defendant
Donald B. MacMillan

## ORDER

It is so ordered. Gerald Weiner shall be available by telephone on the morning of May 24, 2012 at (310) 836 1400 ext. 116 from 10:30 AM and continuing through the duration of the Conference.

Dated: May __16__, 2012

_____
LAUREL BEELER
United States Magistrate Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 1299 Ocean Ave. Suite 306, Santa Monica, CA 90401

On May 11, 2012, I served the foregoing documents described REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE AND PROPOSED ORDER on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Korvel M. Sutton
1385 Curtis St.
Berkeley, CA 94702

James Callon
440 Pacific Coast Highway
Hermosa Beach, CA 90254

Pamela Koslyn
6255 W. Sunset Blvd. Suite 2210
Hollywood, CA 90028

Roderick Williams
Fed. Reg. # 15192-006
FCI Victorville
PO Box 5300
Adelanto, CA 92301

[X]   (BY MAIL) I am familiar with the ordinary business practices for collection and processing of correspondence for mailing with the United States Postal Service at the aforementioned place of business, and that the above-entitled document was placed in a sealed envelope and deposited for collection and mailing, addressed as indicated above.

[ ]   (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee (as indicated above).

[ ]   (BY TELECOPIER) I [ ] caused to be [x] transmitted such document to the offices of the addressee (as indicated above).

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 11, 2012, at Santa Monica, California.

_____
Gerald B. Weiner