PAMELA KOSLYN
pkoslyn@koslynlaw.com
LAW OFFICES OF PAMELA KOSLYN
6255 Sunset Blvd., Penthouse Suite 2210
Hollywood, California 90028-7423
Telephone   (323) 467-2200
Fax         (323) 648-8222

Attorneys for Counter-claimant and
Cross-claimant RAMS HORN BV

# United States District Court
# Northern District of California
# San Francisco Division

| | |
|---|---|
| KORVEL M. SUTTON and RODERICK O. WILLIAMS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC. iTUNES STORE; RAMS HORN BV - SEGFRIED WEYPRECHT; MACOLA RECORDS GROUP -DONALD B. McMILLAN; and ELECTRO ETERNAL - JIM CALLON,<br><br>　　　　Defendants. | Case No. C 11-03911 (LB)<br><br>**REQUEST OF DEFENDANT AND COUNTER-CLAIMANT AND CROSS-CLAIMANT RAMS HORN BV TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　　May 24, 2012<br>Time:　　　　10:30 a.m.<br>Judge:　　　Hon. Laurel Beeler<br>Courtroom:　S.F. Courthouse,<br>　　　　　　450 Golden Gate Ave.<br>　　　　　　San Francisco, CA<br><br>Complaint filed:　August 9, 2011 |
| RAMS HORN, BV,<br><br>　　　Counter-claimant and<br>　　　Cross-claimant,<br><br>　　v.<br><br>KORVEL M. SUTTON; RODERICK O. WILLIAMS; and DONALD B. MacMILLAN, and DOES 1-20, inclusive,<br><br>　　　Counter-defendants and<br>　　　Cross-defendants. | |

1 | Defendant, Counter-claimant and Cross-claimant RAMS HORN BV
2 | ("Rams Horn") hereby respectfully requests that it be permitted to appear telephonically
3 | at the Further Case Management Conference, scheduled for May 24, 2012 at 10:30 a.m.
4 | Rams Horn's counsel of record has her offices in Los Angeles,
5 | California, and would incur significant time and travel costs in appearing in person at this
6 | Further Case Management Conference.  For these reasons, Rams Horn seeks leave to
7 | appear telephonically.
8 | Rams Horn's counsel of record's telephone number is (323) 467-2200.

Dated: May 17, 2012

Respectfully submitted,

LAW OFFICES OF PAMELA KOSLYN

By: /pamela koslyn/
PAMELA KOSLYN

Attorneys for Defendant, Counter-Claimant and Cross-Claimant RAMS HORN BV

2
RAMS HORN'S REQUEST TO APPEAR TELEPHONICALLY - CASE C11-03911 (LB)

# ORDER

This matter is before the Court on the request of Defendant and Counter-Claimant and Cross-Claimant Rams Horn BV, for an order granting leave to appear telephonically at the upcoming Further Case Management Conference in the instant lawsuit.

Good cause exists to allow Rams Horn to appear telephonically, since Rams Horn's counsel has her offices in Los Angeles and it would work a substantial hardship to require a personal appearance by such counsel.

Accordingly, it is hereby ordered that Rams Horn's Request to Appear telephonically is GRANTED. Rams Horn's counsel is ordered to appear telephonically at the scheduled date and time set.

IT IS SO ORDERED.

DATED: May 18, 2012

HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF PAMELA KOSLYN
6255 SUNSET BOULEVARD, PENTHOUSE SUITE 2210
HOLLYWOOD, CALIFORNIA 90028-7423
(323) 467-2200