1   DAVID R. EBERHART (S.B. #195474)
    deberhart@omm.com
2   ROBIN M. WALL (S.B. # 235690)
    rwall@omm.com
3   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
4   San Francisco, CA  94111-3305
    Telephone:     (415) 984-8700
5   Facsimile:     (415) 984-8701

6   Attorneys for Defendant Apple Inc.

7

8                 UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  KORVEL M. SUTTON and RODERICK        Case No. C 11-03911 LB
    O. WILLIAMS,
13                                       STIPULATION OF DISMISSAL WITH
                      Plaintiffs,        PREJUDICE
14
         v.
15
    APPLE INC. ITUNES STORE, RAMS
16  HORN BV, DONALD B. MACMILLAN,
    and JIM CALLON
17
                      Defendants.
18

19

20       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Korvel M. Sutton

21  and Roderick O. Williams (collectively, "Plaintiffs") and Defendants Apple Inc., Rams Horn BV,

22  Donald Macmillan, and Jim Callon stipulate as follows:

23       1.      That the action be dismissed with prejudice as to Apple Inc.;

24       2.      That Defendant Apple Inc. and Plaintiffs shall each bear their own respective

25  attorneys' fees and costs related to Plaintiffs' claims against Apple.

26

27

28
                                          STIPULATION OF DISMISSAL OF
                                          DEFENDANT APPLE WITH PREJUDICE
                                          CASE NO. C 11-03911 LB

Respectfully submitted,

DATED: May 1, 2012

By: _____

Korvel M. Sutton, *pro se*
1385 Curtis Street
Berkeley, CA 94702
Telephone:   (510) 334-2860

DATED: May __, 2012

By: _____

Roderick O. Williams, *pro se*
Fed. Reg. #15192-006
FCI Victorville
P.O. Box 5300
Adelanto, CA 92301

DATED: May __, 2012

By: _____

O'MELVENY & MYERS LLP
David R. Eberhart, CA S.B. #195474
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701
Email:  deberhart@omm.com

Attorney for Defendant Apple Inc.

DATED: May __, 2012

By: _____

LAW OFFICES OF PAMELA KOSLYN
Pamela Koslyn, CA S.B. #120605
6255 W Sunset Blvd Ste 2210
Hollywood, CA 90028
Telephone:   (323) 467-2200
Facsimile:   (323) 648-8222
Email:  pkoslyn@koslynlaw.com

Attorney for Rams Horn BV

-2-

STIPULATION OF DISMISSAL OF
DEFENDANT APPLE WITH PREJUDICE
CASE NO. C 11-03911 LB

1                              Respectfully submitted,

2

3    DATED: April __, 2012           By: _____

4                              Korvel M. Sutton, *pro se*

5                              1385 Curtis Street
                              Berkeley, CA 94702

6                              Telephone:   (510) 334-2860

7    DATED: ~~April~~ MAY *11*, 2012    By: *[signature: Roderick Williams]*

8

9                              Roderick O. Williams, *pro se*
                             Fed. Reg. #15192-006

10                            FCI Victorville
                           P.O. Box 5300

11                            Adelanto, CA 92301

12

13   DATED: April __, 2012          By: */s/ David R. Eberhart* _____

14                            O'MELVENY & MYERS LLP
                           David R. Eberhart, CA S.B. #195474

15                            Two Embarcadero Center, 28th Floor
                           San Francisco, CA  94111-3823

16                            Telephone:    (415) 984-8700
                           Facsimile:    (415) 984-8701

17                            Email:  deberhart@omm.com

18                            Attorney for Defendant Apple Inc.

19

20   DATED: April __, 2012          By: _____

21                            LAW OFFICES OF PAMELA KOSLYN

22                            Pamela Koslyn, CA S.B. #120605
                           6255 W Sunset Blvd Ste 2210

23                            Hollywood, CA 90028
                           Telephone:    (323) 467-2200

24                            Facsimile:    (323) 648-8222
                           Email:  pkoslyn@koslynlaw.com

25

26                            Attorney for Rams Horn BV

27

28

STIPULATION OF DISMISSAL OF
DEFENDANT APPLE WITH PREJUDICE
CASE NO. C 11-03911 LB

Respectfully submitted.

DATED:  May ___, 2012               By: _____

                                   Korvel M. Sutton, *pro se*
                                   1385 Curtis Street
                                   Berkeley, CA 94702
                                   Telephone:    (510) 334-2860

DATED:  May ___, 2012              By: _____

                                   Roderick O. Williams, *pro se*
                                   Fed. Reg. #15192-006
                                   FCI Victorville
                                   P.O. Box 5300
                                   Adelanto, CA 92301

DATED:  May ___, 2012              By: _____

                                   O'MELVENY & MYERS LLP
                                   David R. Eberhart, CA S.B. #195474
                                   Two Embarcadero Center, 28th Floor
                                   San Francisco, CA  94111-3823
                                   Telephone:    (415) 984-8700
                                   Facsimile:    (415) 984-8701
                                   Email: deberhart@omm.com

                                   Attorney for Defendant Apple Inc.

DATED:  May 9, 2012                By: _____

                                   LAW OFFICES OF PAMELA KOSLYN
                                   Pamela Koslyn, CA S.B. #120605
                                   6255 W Sunset Blvd Ste 2210
                                   Hollywood, CA 90028
                                   Telephone:    (323) 467-2200
                                   Facsimile:    (323) 648-8222
                                   Email:  pkoslyn@koslynlaw.com

                                   Attorney for Rams Horn BV

                         -2-            STIPULATION OF DISMISSAL OF
                                    DEFENDANT APPLE WITH PREJUDICE
                                         CASE NO. C 11-03911 LB

1

2

DATED:  May __, 2012

3

4

5

6

7

8

By: _____

PROBSTEIN, WEINER & BUTLER
Gerald Wiener, CA S.B. # 046132
1299 Ocean Avenue, Suite 306
Santa Monica, CA 90401
Telephone:    (310) 836-1400
Facsimile:     (310) 836-1420
Email:  gbweiner@pwmusiclaw.com

Attorney for Defendant Donald Macmillan

9

DATED:  May __, 2012

10

11

12

13

By: _____

Jim Callon, *pro se*
JDC Records Distribution
440 Pacific Coast Highway
Hermosa Beach, CA 90254
Telephone:    (310) 937-4455
Facsimile:     (310) 937-4456
Email:  jim@jdcrecords.com

14

15

16

17

18

OMM_US:70660313.1

19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION OF DISMISSAL OF
DEFENDANT APPLE WITH PREJUDICE
CASE NO. C 11-03911 LB

1

DATED:  May __, 2012                          By: _____

2

PROBSTEIN, WEINER & BUTLER

3

Gerald Wiener, CA S.B. # 046132

4

1299 Ocean Avenue, Suite 306
Santa Monica, CA 90401

5

Telephone:    (310) 836-1400

6

Facsimile:    (310) 836-1420
Email:  gbweiner@pwmusiclaw.com

7

Attorney for Defendant Donald Macmillan

8

DATED:  May _11_, 2012                        By: _____

9

10

Jim Callon, *pro se*

11

JDC Records Distribution
440 Pacific Coast Highway

12

Hermosa Beach, CA 90254
Telephone:    (310) 937-4455

13

Facsimile:    (310) 937-4456
Email:  jim@jdcrecords.com

14

15

16

17

18

OMM_US:70660313.1

19

20

21

22

23

24

25

26

27

28

-3-                STIPULATION OF DISMISSAL OF
DEFENDANT APPLE WITH PREJUDICE
CASE NO. C 11-03911 LB

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in San Francisco County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is Two Embarcadero Center, 28th Floor, San Francisco, California 94111-3823. On May 23, 2012, I served following:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid, with the United States Postal Service, addressed as follows:

Korvel M. Sutton
1385 Curtis Street
Berkeley, CA  94702
Phone: 510-334-2860

Roderick Williams
Reg # 15192-006
FCI Victorville
PO Box 5300
Adelanto, CA 92301

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on May 23, 2012, at San Francisco, California.

Michael O'Donnell

PROOF OF SERVICE
NO. C 11-03911 LB

OMM_US:70128897.1