1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                        Oakland Division

11   KORVEL SUTTON and RODERICK              No. CV11-03911 LB
     WILLIAMS,
12
              Plaintiffs,                    **ORDER REGARDING FURTHER**
13                                           **SETTLEMENT CONFERENCE**

     v.
14
     APPLE COMPUTERS ITUNES, RAMS
15   HORN BV, DONALD B. MACMILLAN, and
     JIM CALLON,
16
              Defendants.
17   _____/

18       At the case management conference, the court and the parties discussed the case's settlement

19   posture, including what has settled, what is pending settlement, and what has not settled.  The parties

20   also suggested that a further settlement conference would be helpful, particularly with regard to Mr.

21   Callon (now representing himself) and Mr. Williams, who is in custody and needs to participate by

22   telephone.

23       For the reasons discussed on the record, and with Judge Spero's approval, the parties are

24   instructed to contact Judge Spero's courtroom deputy Karen Hom at 415-522-2035 to schedule a

25   further settlement conference call.  The parties should meet and confer first to come up with a joint

26   recommendation about what process would be most helpful.  The court also instructs remaining

27   counsel in the case to e-file a chart (preferably on one page) with the status of the case.  A partially-

28   filled out chart (based on the court's assessment of the record) is below.  If counsel would like a

word-processable version of this chart, they may email the court's orders box at

lbpo@cand.uscourts.gov and request one.

In any event, Judge Spero is expecting the parties' call.

| | Sutton's Claims (FAC, ECF No. 81) | Williams's Claims (FAC, ECF No. 81) | Rams Horn's Claims (Cross- and Counter-Complaint, ECF No. 89) |
|---|---|---|---|
| Sutton | NA | NA | defaulted (close to settling) |
| Williams | NA | NA | answered (ECF No. 90) (close to settling) |
| Apple | settled; stip of dismissal (ECF No. 107) | settled; stip of dismiss (ECF No. 107) | NA |
| RamsHorn | answered (ECF No. 87); stip of dismissal to be filed based on insufficient voluntary dismissal (ECF No. 106)) | answered (ECF No. 87) (close to settled?) | NA |
| Siegfried Weyprecht | answered (ECF No. 87) (unclear whether included in RamsHorn settlement) | answered (ECF No. 87) (unclear whether included in RamsHorn settlement) | NA |
| Macola Records (MacMillan's company) | not served? | not served? | NA |
| MacMillan | settled | settled | answered (ECF No. 96) (close to settling) |
| Electro Eternal (Callon's company) | not served? | not served? | NA |
| Callon | answered initial complaint but not FAC | answered initial complaint but not FAC | NA |

**IT IS SO ORDERED**.

Dated: May 25, 2012

_____
LAUREL BEELER
United States Magistrate Judge