UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORVEL M. SUTTON, | No. C 11-03911 LB (JCS) |
| Plaintiff(s), | **ORDER RE TELEPHONIC APPEARANCE OF INMATE AT SETTLEMENT CONFERENCE** |
| v. | |
| APPLE COMPUTERS ITUNES, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES, COUNSEL OF RECORD, AND PRISON PERSONNEL:

The above matter was referred to Magistrate Judge Joseph C. Spero for a further settlement conference.

A Further Settlement Conference has been scheduled for **July 25, 2012, at 9:30 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Defendant Roderick Williams, is currently incarcerated at the FCI Victorville #1, in name of Roderick Williams, Fed. Reg. # 15192-006, located in Adelanto, California. In order for the above-referenced conference to take place, the Court must be able to confer with Defendant on July 25, 2012, beginning at 9:30 a.m., and continuing for the duration of the Settlement Conference. **The Court therefore ORDERS that Mr. Williams be made available by telephone for the Settlement Conference on July 25, 2012, beginning at 9:30 a.m., and continuing for the duration of the conference. FCI Victorville shall contact the clerk at (415) 522-2035 with a**

**contact phone number for the Settlement Conference.**

IT IS SO ORDERED.

Dated: July 11, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge

2