UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| KORVEL SUTTON and RODERICK WILLIAMS,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE COMPUTERS ITUNES, RAMS HORN BV, DONALD B. MACMILLAN, and JIM CALLON,<br><br>        Defendants.<br>_____/ | No. C 11-03911 LB<br><br>**SECOND ORDER REGARDING FURTHER SETTLEMENT CONFERENCE** |

At the May 24, 2012 case management conference, the court and the parties discussed the case's settlement posture, including what has settled, what is pending settlement, and what has not settled. 5/24/2012 Minute Order, ECF No. 108. The parties also suggested that a further settlement conference would be helpful, particularly with regard to Mr. Callon (now representing himself) and Mr. Williams, who is in custody and needs to participate by telephone. The next day, the court issued an order setting forth, in chart form, its understanding of the then-current settlement posture. 5/25/2012 Order, ECF No. 109. The court also directed the parties to contact Judge Spero's chambers to arrange for a further settlement conference. *Id*.

The parties participated in a telephonic settlement conference with Judge Spero on June 27, 2012, and a further one has been scheduled for July 25, 2012. Amended 6/27/2012 Minute Order, ECF No. 115; Order Setting Further Settlement Conference, ECF No. 116; Clerk's Notice, ECF No.

CV11-03911 LB
ORDER

121. Not long thereafter, plaintiffs Mr. Sutton and Mr. Williams and defendants Rams Horn BV and Mr. Weyprecht stipulated to dismiss their claims and counter-claims against each other. Stipulation of Dismissal (Plaintiffs' Claims), ECF No. 119; Stipulation of Dismissal (Rams Horn's and Weyprecht's Claims), ECF No. 120.

In light of these developments, the court finds it worthwhile to set forth in the chart below its understanding of the current settlement posture:

|  | Sutton's Claims (FAC, ECF No. 81) | Williams's Claims (FAC, ECF No. 81) | Rams Horn's Claims (Cross- and Counter-Complaint, ECF No. 89) |
|---|---|---|---|
| Sutton | NA | NA | settled; stip of dismissal (ECF No. 120) |
| Williams | NA | NA | settled; stip of dismissal (ECF No. 120) |
| Apple | settled; stip of dismissal (ECF No. 107) | settled; stip of dismiss (ECF No. 107) | NA |
| RamsHorn | settled; stip of dismissal (ECF No. 119) | settled; stip of dismissal (ECF No. 119) | NA |
| Siegfried Weyprecht | settled; stip of dismissal (ECF No. 119) | settled; stip of dismissal (ECF No. 119) | NA |
| Macola Records (MacMillan's company) | not served? | not served? | NA |
| MacMillan | settled | settled | answered (ECF No. 96) |
| Electro Eternal (Callon's company) | not served? | not served? | NA |
| Callon | answered initial complaint but not FAC | answered initial complaint but not FAC | NA |

Thus, it appears that Plaintiffs' claims against Mr. Callon, and Rams Horn BV's claims against Mr. Macmillan are the only ones still live. If this is incorrect, the court instructs remaining counsel in the case to meet and confer and to e-file a chart (preferably on one page) with the correct status of the case by July 23, 2012.

CV11-03911 LB
ORDER 2

**IT IS SO ORDERED**.

Dated: July 17, 2012

_____
LAUREL BEELER
United States Magistrate Judge

CV11-03911 LB
ORDER