# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY**: Karen L. Hom

**CASE NO.**   C11-03911 LB (JCS)

**CASE NAME:**  KORVEL M. SUTTON v. APPLE COMPUTERS ITUNES

**DATE:** July 25, 2012     **TIME:** 2.5 H     **COURT REPORTER**: FTR 10:26-10:33

**COUNSEL FOR PLAINTIFF:**
Korvel Sutton, pro se (T)*
Roderick Williams, pro se (T)*

**COUNSEL FOR DEFENDANT:**
Gerald Weiner - Dft MacMillan
Pamela Koslyn - Dft Rams Horn
Jim Callon, pro se

## PROCEEDINGS

[ ]   SETTLEMENT CONFERENCE

[X]   FURTHER SETTLEMENT CONFERENCE - Held.

[ ]   DISCOVERY CONFERENCE

[ ]   STATUS CONFERENCE RE:

[ ]   TELEPHONIC CONFERENCE RE:

[ ]    OTHER:

CASE CONTINUED TO: _____ FOR _____

NOTES:

(FTR): Korvel Sutton and Roderick Williams agreed to dismiss all claims with prejudice, each side to bear their own attorneys' fees and costs, as to Defendants Donald MacMillan, Macola Records, Electro Eternal and Jim Callon.

Not reported: Agreement in principle reached as to Defendants Rams Horn and MacMillan. Parties to draft agreement.  Further settlement conference, if necessary, is set for 8/20/12 at 9:30 a.m.

*T=Telephonic Appearance