**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KORVEL M. SUTTON, | No. C 11-03911 LB |
| Plaintiff, | **NOTICE OF RECEIPT OF MR. WILLIAMS'S LETTER** |
| v. | |
| APPLE COMPUTERS ITUNES, *et al.*, | [Re: ECF No. 133] |
| Defendants. | |

In *Sutton, et al. v. Apple Computers iTunes, et al.*, No. C11-03911 LB, which the undersigned presided over, Roderick Williams, along with Korvel Sutton, sued Apple Inc. and individuals Donald McMillan and James Callon for copyright infringement. *See* Complaint, ECF No. 1. After several rounds of negotiations and a settlement conference with Magistrate Judge Spero, the parties agreed to settle all of their claims. On October 23, 2013, the court issued an order that made clear that all parties had, by that time, voluntarily dismissed their claims. *See* 10/23/2013 Order, ECF No. 130. The court thus directed the Clerk of the Court to close the file. *See id.*

Thereafter, the court received a letter from Mr. Williams in which he discusses his conviction for drug conspiracy and states that the Assistant United States Attorneys who prosecuted him committed ethical violations in relation to his case. *See* Letter, ECF No. 133. Mr. Williams requests permission to send evidence showing that he was framed and that his constitutional rights were violated. *See id.* To the extent that Mr. Williams seeks to challenge his conviction, he may not do so in his copyright infringement case that was before the undersigned; that case is closed. Instead,

C 11-03911 LB
NOTICE

the court directs Mr. Williams's attention to the Prisoner Resource page on the website for the United States District Court for the Northern District of California (http://cand.uscourts.gov/prisresources), which may provide him with information that he may find helpful. Mr. Williams's copyright infringement case, however, remains closed.

**IT IS SO ORDERED.**

Dated: March 6, 2013

_____
LAUREL BEELER
United States Magistrate Judge